UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No.   CV 04-8088 GPS(MANx)                    Date: August 21, 2007
           CV 04-8457 GPS(MANx)

Title:     Classic Concepts, Inc. v. Linen Source, Inc.
           Classic Concepts, Inc. v. Hellenic Rug Imports, Inc.

======================================================================

PRESENT:        THE HONORABLE **GEORGE P. SCHIAVELLI**, JUDGE

           Jake Yerke                           Rosalyn Adams
        Courtroom Clerk                        Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

Surjit Soni                              Dennis Ellis
Danton Richardson                        Geoffrey Stover


_____ DAY COURT TRIAL      __8th__ DAY JURY TRIAL   _____ Jury impaneled and sworn.
                                                          (See separate list.)

_____ Opening statements made by _____

__X__ Witnesses called, sworn & testified.

__X__ Exhibits identified.    __X__ Exhibits admitted.

__X__ Plaintiff(s) rests.     __X__ Defendant(s) _____ rests.

_____ Closing arguments made by _____  _____ Court instructs jury.

_____ Bailiff/matron sworn.  _____ Jury Retires to deliberate.  _____ Jury returns.

_____ Jury Verdict in favor of _____ is read and FILED.

_____ Jury polled.   _____ Polling waived.   _____ FILED jury notes.

_____ FILED witness and exhibit list(s).     _____ FILED jury instructions.

_____ JUDGMENT BY THE COURT in favor of _____ is read and FILED.

_____ Findings, Conclusions of Law & Judgment to be prepared by _____

_____ Submitted.   _____ Briefs to be filed by _____.

_____ Motion of _____ to dismiss is ORDERED   _____ DENIED   _____ GRANTED

_____ Motion of _____ for judgment as a matter of law is _____ DENIED _____ GRANTED

_____ Motion of _____ for mistrial is _____ DENIED _____ GRANTED.

_____ MISTRIAL DECLARED.

_____ Settlement reached and placed on the record.  9:00 am

__X__ Case continued to August 22, 2007 for __X__ further trial _____ further jury
      deliberations.

__X__ Other:  Court rules on various Motions by both parties.

                                                                    5:30

MINUTES FORM 11             Initials of Deputy Clerk __JY__
CIVIL - GEN
                     AUG 27 2007                                    209
                     BY _____ 021