UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
CIVIL MINUTES - GENERAL

*7-Send*

Case No.   CV 04-8088 GPS(MANx)            Date: <u>September 10, 2007</u>
           CV 04-8457 GPS(MANx)

Title:   *Classic Concepts, Inc. v. Linen Source, Inc.*
         *Classic Concepts, Inc. v. Hellenic Rug Imports, Inc.*

=================================================================

PRESENT:   THE **HONORABLE GEORGE P. SCHIAVELLI,**   JUDGE

           Jake Yerke                          Not Present
           Courtroom Clerk                     Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

Not Present                          Not Present

PROCEEDINGS:   Order For Briefing On Prejudgment Interest;
               Order To Show Cause ("OSC") Re: Contempt;
               Order Setting Contempt Hearing;
               (In Chambers)

Prejudgment Interest

   Because the parties' briefing regarding the appropriate amount of
prejudgment interest associated with the judgment was unhelpful, they are
**ORDERED** to brief *only* this issue according to the following schedule.  Both
parties shall file opening briefs setting forth their respective prejudgment
interest calculations and supporting authority by **September 14, 2007**.  Both
parties may then file briefs responding to the opening briefs by **September
21, 2007.**

Contempt

   During the trial, on August 15, 2007, Defendants' witness, Peter
Rogakos, addressed the jury during an attorney side-bar.  As discussed on the
record on August 16, 2007, Mr. Rogakos is hereby **ORDERED TO SHOW CAUSE**
("OSC") why he should not be held in contempt for this conduct.  Mr. Rogakos
shall respond to this OSC by **September 17, 2007**.  Plaintiff shall file any
brief on this issue by **September 24, 2007**.  A hearing on this OSC will be
held on **October 29, 2007 at 1:30 p.m.**

**IT IS SO ORDERED.**

MINUTES FORM 11
CIVIL - GEN



Initials of Deputy Clerk_JY__

225