✓ Priority
✓ Send
___ Clsd
✓ Enter
✓ JS-5/JS-6
___ JS-2/JS-3

FILED
CLERK, U.S. DISTRICT COURT
SEP 25 2007
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

ENTERED
CLERK, U.S. DISTRICT COURT
SEP 28 2007
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLASSIC CONCEPTS, INC., a New Mexico Corporation,<br><br>Plaintiff,<br><br>v.<br><br>LINEN SOURCE, INC., a Florida Corporation, and DOES 1 through 10,<br><br>Defendant. | NO. 04-8088 GPS (MANx); 04-8457 GPS (MANx) (consolidated)<br><br>**JUDGMENT** |
| CLASSIC CONCEPTS, INC., a New Mexico Corporation,<br><br>Plaintiff,<br><br>v.<br><br>HELLENIC RUG IMPORTS, INC., a Florida Corporation, and DOES 1 through 10,<br><br>Defendant. | |

THIS CONSTITUTES NOTICE OF ENTRY AS REQUIRED BY FRCP, RULE 77(d).

In accordance with the Jury Verdict returned on August 23, 2007, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED**:

That Judgment is hereby entered against Defendant Linen Source, Inc. ("Linen Source") for copyright infringement of Plaintiff's "Diamond Kilim" design, Registration No. VA 1-254-214 (the "Design"), for which Linen Source shall pay Plaintiff $878.00 in damages. Linen Source shall also pay prejudgment interest at the rate of 8.25% *per annum*.

That Judgment is hereby entered against Defendant Hellenic Rug Imports, Inc.

CC: Fiscal

(237)

("Hellenic") for copyright infringement of Plaintiff's Design, for which Hellenic shall pay Plaintiff $11,096 as damages and $4,047 as lost profits for a total of $15,443.00. Hellenic shall also pay prejudgment interest at the rate of 8.25% *per annum*.

That Plaintiff is entitled to recover its costs.

**IT IS SO ORDERED.**

Dated this **25th** day of September, 2007.

_____
GEORGE P. SCHIAVELLI
UNITED STATES DISTRICT JUDGE